WILLIAM OPPENHEIMER *v.* CATHERINE STOLLE
(9689)

DALY, O'CONNELL and HEIMAN, Js.
Argued June 4—decision released June 25, 1991

*Sperry A. DeCew,* for the appellant (plaintiff).
*David J. McDonald,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.